# United States Court of Appeals
## For the First Circuit

No. 24-1520

UNITED STATES OF AMERICA,

Appellee,

v.

CHANG GOO YOON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on February 20, 2026, is amended as follows:

On page 9, line 1, replace "as" with "was"